# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

LAZARITO MATHEU,
AIDALI RIVERA,
WILILAM RIVERA, and
HECTOR RODRIGUEZ,

        Plaintiffs,

v.                                                  CASE NO.: 23cv1330

CITY OF WAUWATOSA,
FORMER CHIEF BARRY WEBER,
DEXTER SCHLEIS, and
JOHN DOES POLICE OFFICERS 1 – 100,

        Defendants.

---

## DEFENDANTS' DISCLOSURE STATEMENT
## PURSUANT TO CIVIL LOCAL RULE 7.1 AND
## FEDERAL RULE OF CIVIL PROCEDURE RULE 7.1

---

Defendants, City of Wauwatosa, Barry Weber, and Dexter Schleis, by their attorneys, WIRTH + BAYNARD, hereby provide the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

**(1) The full name of every party or amicus the attorney represents in the case:**

    A)     City of Wauwatosa

    B)     Barry Weber

    C)     Dexter Schleis

**(2) If such party or amicus is a corporation:**

    A)     Any parent corporation:     **None**

    B)     Any publicly held corporation owning 10% or more of the company's stock:

            **None**

**(3)** **The name of all law firms whose partners or associates appear for a party or are expected to appear for a party in this Court:**

    A)     Wirth + Baynard

Dated at Wauwatosa, Wisconsin this 21st day of November 2023.

          **WIRTH + BAYNARD**
          Attorneys for Defendants

BY:    */s/ Jasmyne M. Baynard*
       Jasmyne M. Baynard (SBN: 1099898)
       Email: jmb@wbattys.com
       9898 W. Bluemound Rd. Suite 2
       Wauwatosa, WI 53226
       P: (414) 291-7979