# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

William Rivera, *et al.*,

                              Plaintiffs,      Case No. 23-cv-01330

    v.

**MINUTE SHEET**

City of Wauwatosa, *et al.*,

                              Defendants.

---

**Hon. Nancy Joseph, presiding.**      **Deputy Clerk:** Evan Romel

**Type of Proceeding:** RULE 16 SCHEDULING CONFERENCE

**Date:** February 23, 2024, at 9:30 am     **Court Reporter:** Zoom Audio

**Time Commenced:** 9:36 am     **Time Concluded:** 9:55 am

**Appearances:**     **Plaintiff:**     Kimberley C Motley, Nathaniel Cade Jr

                      **Defendant:**   Jasmyne M Baynard

**Comments:**

The Court hears from the parties as to the pending Motion to Stay (ECF #15) and Motion for Sanctions (ECF #18).
The Court orders the parties to brief out the preclusion issues.
Defendants to file their Motion for Judgment on the Pleadings regarding Preclusion by March 22, 2024.
Parties are to follow the briefing schedule laid out in the local rules.
The Court will deal with the preclusion issue then will set a briefing schedule as to the Motion for Sanctions.