# United States District Court
EASTERN DISTRICT OF WISCONSIN

WILLIAM RIVERA, AIDALI RIVERA,
HECTOR RODRIGUEZ, and LAZARITO MATHEU,
    Plaintiffs,

                          **JUDGMENT IN A CIVIL CASE**

    v.

                          Case No. 23-cv-1330

CITY OF WAUWATOSA, BARRY WEBER,
DEXTER SCHLEIS, and JOHN DOE OFFICERS,
    Defendants.

---

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑     **Decision by Court.** This action came on for consideration and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants' Motion for Judgment on the Pleadings is **GRANTED**. Plaintiffs' complaint is dismissed as barred by res judicata (claim preclusion) and claim-splitting.

**IT IS FURTHER ORDERED** that this case is **DISMISSED**.

Approved: _____
NANCY JOSEPH
United States Magistrate Judge

Dated: April 17, 2024

GINA M. COLLETTI
Clerk of Court

*s Ross Miller*
(By) Deputy Clerk